*In the matter of the Petition of* S. J. BRYAN *for a Writ of Habeas Corpus.*

PETITION by S. J. Bryan for a writ of *habeas corpus* to obtain his release from the custody of the sheriff of Harvey county.

*A. L. Greene,* for petitioner.

*Bowman & Bucher,* for respondent.

Kennett v. Peters.

*Per Curiam:* We have just decided, in the case of *Bryan v. Congdon,* that the affidavit for the order of arrest on which the petitioner was originally taken into custody was insufficient. It follows as a necessary consequence that he must be discharged, and it is so ordered.